Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

In the Matter of the Claim of SAMUEL COHEN, Respondent, against ASHFORD PLUMBING COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — jurisdiction of state industrial board to reopen case where claim has been disallowed and after new hearing allow compensation.*

*Cohen v. Ashford Plumbing Co.*, 203 App. Div. 261, affirmed.
(Argued March 1, 1923; decided March 20, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 16, 1922, affirming an award of the state industrial board made under the Workmen's Compensation Law. The question involved was whether the state industrial board, prior to the amendment of the Workmen's Compensation Law by chapter 615 of the Laws of 1922, had jurisdiction or power to reopen a case in which an award had been denied because the disability did not arise from an injury and make an award after the expiration of the time in which an appeal could have been taken.

*Joseph Force Crater* and *Alfred W. Meldon* for appellants.

*Carl Sherman, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.